UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-FDW-DCK

| | |
|---|---|
| RAYMOND A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HENDRICK AUTOMOTIVE GROUP, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Amended Motion for Reconsideration (Doc. No. 33). As the Court ruled in a phone conference with the parties held on October 12, 2010, the Court DENIES Plaintiff's Amended Motion for Reconsideration.

In an order dated September 21, 2010, the Court DENIED Plaintiff's original Motion for Reconsideration following the Court's dismissal of some, but not all, of Plaintiff's claims. (Doc. No. 31). The Court has reviewed Plaintiff's Amended Motion, but Plaintiff's arguments do not change the Court's earlier ruling. Therefore, Plaintiff's Amended Motion for Reconsideration is DENIED. (Doc. No. 33).

The Clerk is directed to send a copy of this Order to *pro se* Plaintiff, at 4610 Arching Oak Lane, Apt. D, Charlotte, NC 28212, which is Plaintiff's address of record.

IT IS SO ORDERED.

Signed: October 12, 2010

Frank D. Whitney
United States District Judge