UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-FDW-DCK

| | | |
|---|---|---|
| RAYMOND A. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| HENDRICK AUTOMOTIVE GROUP, | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* following the Court's October 13, 2010 order, which granted in part and denied in part Plaintiff's Motion to Amend. (Doc. No. 41). In the order, the Court granted Plaintiff's request to amend his Complaint to ensure the proper Hendrick entity is named. However, the Court DENIED Plaintiff's request to add *other* new parties. To date, the Court has not received Plaintiff's Amended Complaint. Pursuant to the Case Management Order Plaintiff must file an Amended Complaint by Monday, November 15, 2010. (Doc. No. 42 at 6). If Plaintiff fails to meet this deadline, Plaintiff is advised that the Court will not allow additional time for Plaintiff to amend his Complaint.

The Clerk is directed to send a copy of this Order to *pro se* Plaintiff, at 4610 Arching Oak Lane, Apt. D, Charlotte, NC 28212, which is Plaintiff's address of record.

IT IS SO ORDERED.

Signed: November 3, 2010

Frank D. Whitney
United States District Judge