IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-109-FDW-DCK

| | |
|---|---|
| RAYMOND JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| HENDRICK AUTOMOTIVE GROUP and HENDRICK HONDA, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Defendants have requested a telephone conference, pursuant to Judge Whitney's Standing Order, for assistance in resolving a discovery dispute between the parties. The undersigned finds that there is good cause for such a conference.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiff and counsel for Defendants shall appear via telephone conference on **Thursday December 30, 2010 at 11:15 a.m.**, prepared to discuss the status of this case and any discovery disputes. The parties may send a confidential letter of three pages or less addressing any issues in dispute to the undersigned's chambers on or before **5:00 p.m. on December 29, 2010**.

Signed: December 28, 2010

David C. Keesler
United States Magistrate Judge