**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-109-FDW-DCK**

| | |
|---|---|
| RAYMOND JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HENDRICK AUTOMOTIVE GROUP and ) | |
| HENDRICK HONDA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding a telephone conference addressing the parties' discovery issues. Defendants requested a telephone conference, pursuant to Judge Whitney's Standing Order, for assistance in resolving a discovery dispute regarding Plaintiff's deposition. As a result, a telephone conference was held today, which included discussion of Defendants' concerns regarding Plaintiff's full cooperation in his deposition, as well as Plaintiff's concerns regarding the protection of certain information and scheduling other depositions.

The undersigned concludes that most of the parties' discovery disputes may be resolved by the parties either agreeing that an existing Protective Order is satisfactory, or possibly, by entering into a new Consent Protective Order. At the conclusion of the telephone conference, the undersigned instructed the parties to confer *immediately*: (1) to attempt to resolve their issues without further Court intervention – potentially with the adoption of an agreed-upon Protective Order; and (2) to schedule as soon as practicable, and by consent if possible, the resumption of Plaintiff's deposition, as well as those depositions Plaintiff seeks. In the alternative, and pursuant to the Federal Rules, the parties must serve proper Notices of their depositions.

The undersigned further noted to the parties that the discovery deadline is imminent, and that

while a limited extension of the discovery period might be allowed, barring extraordinary circumstances, it is unlikely other deadlines will be moved.

**IT IS, THEREFORE, ORDERED,** consistent with the above, that the *pro se* Plaintiff and counsel for Defendants shall confer immediately to attempt to resolve their discovery disputes without further Court intervention and to schedule the remaining depositions in this matter.

Signed: December 30, 2010

David C. Keesler
United States Magistrate Judge