**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-109-FDW-DCK**

| | |
|---|---|
| RAYMOND JOHNSON, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>HENDRICK AUTOMOTIVE GROUP, )<br>and HENDRICK HONDA )<br>)<br>**Defendants.** )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Quash The Deposition Notice Of Brian Freedman" (Document No. 61) filed January 7, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and in the interests of judicial economy, adherence to the case management plan, and recognizing imminent deadlines addressed in the motions, immediate review of this motion is appropriate. Having fully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Court has carefully reviewed the pending motion and will make a prompt ruling in an on-going effort to keep this case on track. The Court incorporates by reference its analysis of a similar motion in an order rendered earlier today (Document No. 60). In short, under the circumstances, the undersigned agrees that Plaintiff provided insufficient notice of the deposition of Brian Freedman. The Court will therefore, on those grounds, grant the pending motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Quash The Deposition Notice Of Brian Freedman" (Document No. 61) is **GRANTED**.

Signed: January 7, 2011

_____
David C. Keesler
United States Magistrate Judge