**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-FDW-DCK**

| | |
|---|---|
| **RAYMOND A. JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **HENDRICK AUTOMOTIVE GROUP,** ) | |
| **and HENDRICK HONDA,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on Plaintiff's "Appeal of Magistrate Judge Decision" of January 6, 2011, (Doc. No. 66) and Plaintiff's "Appeal of Magistrate Judge Decision" of January 7, 2011 (Doc. No. 67). In the January 6, 2011 order, the Magistrate Judge denied Plaintiff's Motion to Compel without prejudice, and granted Defendants' request for extension of the discovery deadline. (Doc. No. 55). In the January 7, 2011 order, the Magistrate Judge granted Defendants' Motion to Quash the deposition notice of Brian Freedman. (Doc. No. 63).

Although Plaintiff has timely requested review of the Magistrate Judge's decisions, Plaintiff has failed to make a specific objection or directly point to any error in the orders. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a). Rather, Plaintiff has only asked the Court to "[d]eal with Defendants in the [a]bove case" (Docs. Nos. 66 at 1 and 67 at 1) and to "[s]ee [d]ocuments" attached (Doc. No. 67 at 1), which included a copy of the Magistrate Judge's orders along with copies of correspondence between the parties and other miscellaneous documents related to this case. None of these attachments point to a specific objection or error upon which this Court can conduct a review. Further, despite a specific objection, the Court has reviewed the Magistrate Judge's orders (Docs. Nos. 55 and 63) and finds no part to be clearly erroneous or contrary to law. Fed. R. Civ. P.

72(a).

Accordingly, the Court DENIES Plaintiff's "Appeal of Magistrate Judge Decision" of January 6, 2011, (Doc. No. 66) and Plaintiff's "Appeal of Magistrate Judge Decision" of January 7, 2011 (Doc. No. 67).

The Clerk is directed to send a copy of this Order to *pro se* Plaintiff, at 4610 Arching Oak Lane, Apt. D, Charlotte, NC 28212, which is Plaintiff's address of record.

IT IS SO ORDERED.

Signed: January 18, 2011

Frank D. Whitney
United States District Judge