# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### DOCKET NO. 3:10-cv-00109-FDW-DCK

| | | |
|---|---|---|
| **RAYMOND A. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NOTICE** |
| | ) | |
| **HENDRICK AUTOMOTIVE GROUP,** | ) | |
| **and HENDRICK HONDA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

In accordance with the Case Management Order (Doc. No. 42) and Local Civil Rule 16.3(D), **TAKE NOTICE** that a judicial settlement conference will take place before U.S. Magistrate Judge David Cayer on **Tuesday, February 8, 2011, at 9:30 a.m.**, in Courtroom #3 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

The Clerk is directed to send a copy of this Order to *pro se* Plaintiff, at 4610 Arching Oak Lane, Apt. D, Charlotte, NC 28212, which is Plaintiff's address of record, and to counsel for Defendants.

IT IS SO ORDERED.

Signed: January 25, 2011

Frank D. Whitney
United States District Judge