UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-FDW-DCK

| | |
|---|---|
| RAYMOND A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE |
| ) | (Rescheduling of Judicial Settlement |
| HENDRICK AUTOMOTIVE GROUP, ) | Conference) |
| and HENDRICK HONDA, ) | |
| ) | |
| Defendants. ) | |

In accordance with the Case Management Order (Doc. No. 42) and Local Civil Rule 16.3(D), a judicial settlement conference was originally scheduled to take place before U.S. Magistrate Judge David Cayer on Tuesday, February 8, 2011, at 9:30 a.m., in Courtroom #3 of the Charles R. Jonas Federal Building in Charlotte, North Carolina (Doc. No. 79). That conference is hereby **CONTINUED** because of a civil jury trial currently taking place before Judge Cayer that is expected to run into next week. **TAKE NOTICE** that the judicial settlement conference in this matter shall be **RESCHEDULED for Wednesday, February 23, 2011, at 1:00 p.m. in Courtroom #1.**

The Clerk is directed to send a copy of this Order to *pro se* Plaintiff, at P.O. Box 551254, Gastonia, North Carolina 28055, which is Plaintiff's new address of record (Doc. No. 82), to counsel for Defendants, and to the Chambers of the Honorable David S. Cayer.

IT IS SO ORDERED.

Signed: February 1, 2011

Frank D. Whitney
United States District Judge