**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-W**

| | |
|---|---|
| **RAYMOND JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **HENDRICK AUTOMOTIVE GROUP,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER is before the Court on Defendant Hendrick Automotive Group's ("HAG") and Defendant Hendrick Honda's, (i.e., South Boulevard Auto Investors Company Limited Partnership d/b/a Hendrick Honda of Charlotte), ("Hendrick Honda") (collectively "Defendants") Motion for Voluntary Dismissal Of Entitlement To $3,000 In Damages For Breach Of General Release II, timely filed on May 13, 2011 (Doc. No. 101). Having fully considered the record, the undersigned will GRANT Defendants' Motion.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Voluntary Dismissal Of Entitlement To $3,000 In Damages For Breach Of General Release II is GRANTED and that Defendants' entitlement to a portion of the $3,000 in damages awarded to Defendants for Plaintiff's breach of General Release II is DISMISSED, per Defendants' request.

The Clerk's Office is respectfully DIRECTED to close this case. A final judgment in this case shall be issued consistent with the Court's May 3, 2011, Order (Doc. No. 99) granting Defendants' Motion for Summary Judgment as to all claims asserted against them by Plaintiff and as to their counterclaim against Plaintiff.

**IT IS SO ORDERED.**

Signed: May 17, 2011

Frank D. Whitney
United States District Judge