# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raymond Johnson,

    Plaintiff(s),

vs.

Hendrick Automotive Group,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv109

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2011 and May 17, 2011 Orders.

Signed: May 17, 2011

Frank G. Johns, Clerk
United States District Court