UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-W

| | |
|---|---|
| RAYMOND JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HENDRICK AUTOMOTIVE GROUP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 104), which the Court will construe as Motion for Relief from Judgment under Rule 60 of the Federal Rules of Civil Procedure. The Court hereby allows Defendant ninety (90) days to respond to the motion, during which time the parties may conduct additional discovery on the issue of the documents that appear to be certified as authentic from the Employment Security Commission (see Doc. No. 104-1, p. 3-6). Plaintiff shall have thirty (30) days from the filing of Defendant's response to file his reply. The parties should keep in mind the Court's standing order regarding word limitations.

**IT IS SO ORDERED.**

Signed: May 17, 2011

Frank D. Whitney
United States District Judge