# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-cv-00109-W

| | |
|---|---|
| RAYMOND JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HENDRICK AUTOMOTIVE GROUP, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 116) and his Amended Motion for Reconsideration (Doc. No. 117). In those motions, Plaintiff again requests this Court provide him a copy of the transcript, at no cost, from a prior hearing in this matter. Defendant submitted a well-reasoned response articulating several grounds for denying Plaintiff's motions. (Doc. No. 118). After reviewing these documents, the Court DENIES Plaintiff's Motions for Reconsideration (Doc. No. 116, 117) for the reasons stated in Defendant's well-written Response in Opposition (Doc. No. 118).

**IT IS SO ORDERED.**

Signed: September 13, 2011

Graham C. Mullen
United States District Judge