UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00109-W

| RAYMOND JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HENDRICK AUTOMOTIVE GROUP, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 125), Plaintiff's Motion for Recusal (Doc. No. 129), and Plaintiff's Motion Requesting Transcript at Government Expense (Doc. No. 131). The Court DENIES all three motions because Plaintiff has failed to present sufficient reason for the Court to grant the relief he requests in these motions.

The Court adds that despite Plaintiff's complaints and accusations about the undersigned, the undersigned has always reviewed Plaintiff's pro se filings liberally, construing all inferences in favor of Plaintiff, and without any bias. Moreover, this Court has given Plaintiff wide latitude and ample opportunity to present his case. As to the motion for transcript, the Court has already once denied Plaintiff's request (Doc. No. 115). Plaintiff's most recent filing (Doc. No. 131) is duplicative.

**Plaintiff is cautioned that future filings of duplicative motions could warrant sanctions and/or the possibility of a pre-filing injunction. The Court directs Plaintiff to the Order issued by the Court today in the related case 3:11-cv-389 (Doc. No. 18) and hereby incorporates that Order (including the analysis and warnings concerning sanctions and pre-filing injunctions) by reference as if fully set forth herein.** A copy of that Order is filed on the docket in this case.

(Doc. No. 132).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration (Doc. No. 125), Plaintiff's Motion for Recusal (Doc. No. 129), and Plaintiff's Motion for Transcript (Doc. No. 131) are DENIED.

**IT IS SO ORDERED.**

Signed: February 16, 2012

Frank D. Whitney
United States District Judge